UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
CABRERA, ERICKSON                         §    Case No. 12-25501
                                          §
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - CABRERA

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-25501 | JSB | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | | | Date Filed (f) or Converted (c): | 06/26/12 (f) |
| | | | | 341(a) Meeting Date: | 08/23/12 |
| For Period Ending: | 06/27/14 | | | Claims Bar Date: | 04/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture , TV, Computer | 500.00 | 0.00 | | 0.00 | FA |
| 2. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. WRL insurance $2,089.88 | 0.00 | 0.00 | | 0.00 | FA |
| 4. 401 K | 10,994.51 | 0.00 | | 0.00 | FA |
| 5. East Bank Center Rehab - Rockford 2.36%   Payments made in installments; final payment due July 2014 | 5,000.00 | 9,440.00 | | 9,440.00 | FA |
| 6. 2004 BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $22,794.51 | $9,440.00 | | $9,440.00 | Gross Value of Remaining Assets  $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in East Bank Center LLC for $9,440; payments were made in installments; final payment received 5/31/14; Trustee reviewed claims; preparing TFR

Initial Projected Date of Final Report (TFR): 10/31/14     Current Projected Date of Final Report (TFR): 10/31/14

/s/    Joseph A. Baldi

**FORM 1 - CABRERA**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: | 12-25501    JSB    Judge: Janet S. Baer |
| Case Name: | CABRERA, ERICKSON |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 06/26/12 (f) |
| 341(a) Meeting Date: | 08/23/12 |
| Claims Bar Date: | 04/18/13 |

_____  Date: 06/27/14
JOSEPH A. BALDI

FORM 2 - CABRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6792 Checking Account |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,918.00 | | 8,918.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,908.00 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 7.14 | 8,900.86 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.24 | 8,887.62 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,875.68 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.20 | 8,862.48 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.75 | 8,849.73 |
| 05/30/14 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 422.00 | | 9,271.73 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.20 | 9,258.53 |

Page Subtotals       9,340.00       81.47

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.00a

FORM 2 - CABRERA

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6792  Checking Account |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,340.00 | 81.47 | 9,258.53 |
| | | | Less: Bank Transfers/CD's | | 8,918.00 | 0.00 | |
| | | | Subtotal | | 422.00 | 81.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 422.00 | 81.47 | |

Page Subtotals         0.00         0.00

Exhibit B

FORM 2 - CABRERA

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 5,900.00 | | 5,900.00 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 5,910.00 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 5,900.00 |
| 04/10/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 590.00 | | 6,490.00 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 6,480.00 |
| 04/22/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.00 | 6,470.00 |

Page Subtotals            6,490.00        20.00

FORM 2 - CABRERA
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | | | | | |
| 05/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 6,460.00 |
| 06/09/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 10.00 | 6,450.00 |
| 07/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 6,440.00 |
| 07/12/13 | 5 | LAVELLE LAW, LTD 501 W. Colfax Street Palatine, IL 60067 | SETTLEMENT | 1129-000 | 590.00 | | 7,030.00 |
| 08/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,020.00 |
| 09/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,010.00 |

Page Subtotals     590.00     50.00

FORM 2 - CABRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 12-25501 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | | |
| For Period Ending: | 06/27/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,000.00 |
| 10/21/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 1,938.00 | | 8,938.00 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 8,928.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 8,918.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,918.00 | 0.00 |

|  | COLUMN TOTALS | 9,018.00 | 9,018.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 8,918.00 | |
|  | Subtotal | 9,018.00 | 100.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 9,018.00 | 100.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6792 | 422.00 | 81.47 | 9,258.53 |
| Checking Account (Non-Interest Earn - ********0056 | 9,018.00 | 100.00 | 0.00 |
| | 9,440.00 | 181.47 | 9,258.53 |
| Page Subtotals | 1,938.00 | 8,948.00 | |

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 18.00a

FORM 2 — Page: 6 Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C - CABRERA<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 27, 2014 |

Case Number:  12-25501  
Debtor Name:  CABRERA, ERICKSON  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Administrative | | $1,694.00 | $0.00 | $1,694.00 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $1,650.50 | $0.00 | $1,650.50 |
| 001<br>3120-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $11.55 | $0.00 | $11.55 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $7.14 | $7.14 | $0.00 |
| 000001<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $24,240.51 | $0.00 | $24,240.51 |
| | Case Totals: | | | $27,603.70 | $7.14 | $27,596.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-25501
Case Name: CABRERA, ERICKSON
Trustee Name: Joseph A. Baldi

        Balance on hand          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE