UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-25501 |
| Erickson Cabrera, | ) | Hon. Janet S. Baer |
| | ) | Hearing Time: August 19, 2014 |
| Debtor. | ) | Hearing Date: 10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:    Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:    June 26, 2012

Period for Which
Compensation is sought:    June 26, 2012 to Close of Case

Amount of Fees sought:    $1,694.00*

Amount of Expense
Reimbursement sought:    $0.00

This is an:    Interim Application __    Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: July 17, 2014        Joseph A. Baldi, Trustee of the Estate of
Erickson Cabrera, Debtor

By:    /s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee

\* *Trustee has incurred fees in the amount of $2,391.00 for 10.90 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-25501 |
| Erickson Cabrera, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: August 19, 2014 |
| Debtor. | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of
Final Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Erickson Cabrera, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,694.00 as final compensation for his services rendered as trustee in this case from the date of his appointment through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on June 26, 2012 by the filing of a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The sole asset of the Estate was the debtor's interest in a settlement agreement involving a lawsuit against the owners of a rehab facility in Rockford, Illinois.

4.     The bar date for filing claims in this case was April 18, 2013.

## Prior Compensation

5.     This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7.     Since his appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $2,391.00. Itemized billing statements describing the Trustee's services from Erickson Cabrera through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A.     Trustee investigated a lawsuit involving the debtor in which he was a member of a group ("Plaintiffs") which owned a 39% interest in rehab facility called East Bank Center in Rockford, Illinois. The Plaintiffs filed a complaint against the owners of the East Bank Center ("Defendants") asserting breach of fiduciary duty and fraud in the Circuit Court of DuPage County. The Plaintiffs reached a settlement agreement which paid them a down payment and six quarterly installment payments.

B.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

  C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

  D. Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

  E. Trustee, supervised by his accountants, prepared income tax returns for the Estate for the year 2001; and

  F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $9,440.00 on behalf of the Estate. Trustee has made $168.27 in disbursements in this case as of the date hereof.

9. A copy of the *Form I Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 10.90 hours rendering services on behalf of this Estate with a value of $2,391.00. Trustee estimates that he will spend an additional three (3) hours rendering services with a value of $662.50 to obtain approval of the final report, make a final distribution to creditors, and prepare and file his final account. In addition to the amounts requested for services previously rendered, Trustee also seeks

3

allowance and payment of compensation for the services he will render in order to close this case.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,694.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $4,440.00 | $  444.00 |
| Total allowable compensation | $ 1,694.00 |

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from June 26, 2012 to close of case in the amount of $1,694.00. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit C.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

4

## Status of the Case

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys are being filed concurrently herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate Erickson Cabrera, debtor, requests the entry of an order providing the following:

A. Allowing and authorizing payment to Trustee of final compensation in the amount of $1,694.00 for his actual and necessary professional services rendered and to be rendered on behalf of this Estate June 26, 2012 to close of case; and

B. For such other and further relief as this Court deems appropriate.

Dated:  June 25, 2014              Joseph A. Baldi, as trustee of the estate
                                    of Erickson Cabrera, debtor


                                    By:  /s/ Joseph A. Baldi, trustee
                                         Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**                    **Erickson Cabrera, Debtor**
                                                        **Case No. 12-25501**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

June 12, 2014
Invoice No:   02466

Joseph A Baldi, Trustee
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Cabrera, Erickson - Trustee*

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/01/2012 | JAB | Review Fax from Debtor re: Appraisal on vehicle (.1), Email to Debtor's Atty re: Equity in vehicle & estate's interest in settlement agreement (.1) | 0.20<br>$450.00/ hr | $90.00 |
| 2/11/2013 | JMM | Request EIN from IRS (.1), Draft Bank Account Request Email to Congressional (.1), Deposit Check into TCMS (.1), Send check to congressional via FedEx (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 3/16/2013 | JAB | Open and approve February 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 3/18/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/09/2013 | JAB | Open and approve March 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 4/10/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/21/2013 | JAB | Open and approve April 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |

**Baldi Berg, Ltd**                                                                                        6/12/2014

Cabrera, Erickson - Trustee                                                               Page      2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 5/22/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/03/2013 | RKP | Review case file for information needed to prepare interim report (.1); update system information (.2) | 0.30<br>$195.00/ hr | $58.50 |
| 6/20/2013 | JAB | Open and approve May 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/08/2013 | JAB | Open and approve June 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 7/09/2013 | JMM | Process June 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/12/2013 | JMM | Deposited Settlement check into TCMS (.1), Send to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/31/2013 | ECB1 | Review, revise and finalize TR annual report as required by UST Office; File same | 0.10<br>$195.00/ hr | $19.50 |
| 7/31/2013 | JMM | Update Form 3 in preparation of Annual Report | 0.10<br>$175.00/ hr | $17.50 |
| 8/13/2013 | JAB | Open and approve July 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/05/2013 | JAB | Open and approve August 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 9/06/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                 6/12/2014

Cabrera, Erickson - Trustee                                                    Page    3

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/21/2013 | JMM | Deposit Settlement check into TCMS (.1), Send check to Congressional via FedEx (.1) | 0.20<br>$175.00/hr | $35.00 |
| 10/24/2013 | JAB | Open and approve September 2013 Bank Statement | 0.10<br>$450.00/hr | $45.00 |
| 10/25/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 11/18/2013 | JAB | Open and approve October 2013 Bank Statement | 0.10<br>$450.00/hr | $45.00 |
| 11/18/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 12/10/2013 | JAB | Open and approve November 2013 Bank Statement | 0.10<br>$450.00/hr | $45.00 |
| 12/11/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 1/20/2014 | JAB | Open and approve December 2013 Bank Statement (.1), Open and approve Congressional Bank Transfer (.1) | 0.20<br>$450.00/hr | $90.00 |
| 1/20/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process December 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to J. Baldi and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30<br>$195.00/hr | $58.50 |
| 2/05/2014 | JMM | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$175.00/hr | $35.00 |

# Baldi Berg, Ltd

Cabrera, Erickson - Trustee

6/12/2014

Page 4

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/10/2014 | JMM | Review pending payments re: Settlement (.1), Consult w/ JDL re: same (.1) | 0.20<br>$175.00/hr | $35.00 |
| 2/15/2014 | JAB | Open and approve January 2014 bank statement | 0.10<br>$450.00/hr | $45.00 |
| 2/17/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 3/06/2014 | RKP | Prepare documents as needed by accountant and email to L. West re: same | 0.10<br>$195.00/hr | $19.50 |
| 3/21/2014 | JAB | Open and approve February 2014 Bank Statement | 0.10<br>$450.00/hr | $45.00 |
| 3/21/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 4/30/2014 | JAB | Open, review and approve March 2014 Bank Statement | 0.10<br>$450.00/hr | $45.00 |
| 4/30/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 5/30/2014 | JMM | Deposit final settlement payment into TCMS (.1), Deposit payment with Associated Bank via scanner (.1) | 0.20<br>$175.00/hr | $35.00 |
| 6/04/2014 | JMM | Review case file in preparation of TFR and Fee Apps (.3), Review claims and update system with information needed to prepare TFR and NFR (.4) | 0.70<br>$175.00/hr | $122.50 |
| 6/04/2014 | JMM | Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (1.0) and NFR (.4), Review and edit Trustee Final Report Package (.4) | 3.30<br>$175.00/hr | $577.50 |

**Baldi Berg, Ltd**  6/12/2014

Cabrera, Erickson - Trustee  Page    5

|  |  |
|---|---:|
| Total Fees | $2,391.00 |
| Total New Charges | $2,391.00 |
| Previous Balance | $0.00 |
| Balance Due | $2,391.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 0.10 | $195.00 |
| Joseph A Baldi | 1.70 | $450.00 |
| Jason M Manola | 8.40 | $175.00 |
| Ricki K Podorovsky | 0.70 | $195.00 |

**Trustee's Final Fee Application**            **Erickson Cabrera, Debtor**
                                                **Case No. 12-25501**

# Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Erickson Cabrera, | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 12-25501 |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook     )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd. a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on June 25, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**