UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-25501 |
| Erickson Cabrera, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: August 19, 2014 |
| Debtor. | ) | Hearing Time: 10:00 A.M. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: Baldi Berg, Ltd. (formerly known as Baldi, Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to: Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment: January 23, 2013

Period for Which
Compensation is sought: January 14, 2013 to Close of Case

Amount of Fees sought: $1,650.50

Amount of Expense
Reimbursement sought: $11.55

This is an:    Interim Application __    Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ____-0-___ .

Dated: July 17, 2014                     Baldi Berg, Ltd.

                                         By:  __/s/ Joseph A. Baldi_____
                                              Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 12-25501 |
| Erickson Cabrera, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: August 19, 2014 |
| Debtor. | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation
to Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. (f/k/a Baldi Berg & Wallace, Ltd.) ("BB"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Erickson Cabrera, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $1,650.50 as final compensation for 7.40 hours of legal services rendered to the Trustee from January 14, 2013 through the close of this case and for reimbursement in the amount of $11.55 for actual and necessary expenses incurred in the performance of those services. In support thereof, BB respectfully states as follows:

**Introduction**

1. Debtor commenced this case on June 26, 2012 by filing a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. As of the commencement of this case, the Estate's primary asset was the debtor's interest in a settlement agreement involving a lawsuit against the owners of a rehab facility in Rockford, Illinois.

4. The bar date for filing claims in this case was April 18, 2013.

**Retention of BB**

5. On January 23, 2013, the Court entered an ordered authorizing Trustee to employ

Joseph A. Baldi and the law firm of Baldi Berg, Ltd. (f/k/a Baldi Berg & Wallace, Ltd.) as his counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegal who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Julia D. Loper – Associate
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7. This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BB

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category. A listing of the attorneys and paralegals, their position with the firm, hourly rates, as adjusted from time to time, and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATES | HOURS |
|---|---|---|---|
| Julia D. Loper | Associate | $235.00 | 4.80 |
| Julia D. Loper | Associate | $250.00 | 0.90 |
| Jason M. Manola | Paralegal | $175.00 | 1.70 |
| TOTALS | | | 7.40 |

9. The services rendered by BB during the period covered by this Application are summarized below:

2

BB represented the Trustee on general case administration matters, including liquidation of the Estate's assets and the settlement of the estate's claim against East Bank Rehab LLC. As requested by Trustee, BB prepared and presented Trustee's Motion to Employ Attorneys. BB advised Trustee as to his duties and obligations under the Bankruptcy Code, reviewed and analyzed the debtor's schedules, exemptions and settlement of the estate's claim. After the debtor's lawsuit against East Bank Rehab LLC was settled, BB prepared and presented the Trustee's Motion to Settle the Estate's claim against East Bank Rehab LLC. The court granted the motion and, as a result, the Estate recovered $9,440.00. Furthermore, BB also prepared this final fee application.

In connection with the foregoing, BB spent 7.40 hours for which it requests allowance and payment of final compensation in the amount of $1,650.50.

### Compensation Requested

10.    BB has expended a total of 7.40 hours for the services described and categorized in paragraph nine above. The total value of those services is $1,650.50.

11.    All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

### Reimbursement of Expenses

13. In connection with the services rendered, BB incurred actual and necessary expenses in the amount of $11.55. The expenses incurred by BB were on account of postage and copies for the Motion to Settle the claims of the Estate against East Bank Center LLC. An itemized list of the expenses incurred is included within the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case

15. BB has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

18. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20. Trustee currently has approximately $9,258.53 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses

4

allowed to BB in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a 24.4% final distribution to the Estate's sole timely filed general unsecured creditor in this case.

### Trustee's Approval

22. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $1,650.50 for actual and necessary professional services rendered to the Trustee from January 14, 2013, through the closing of this case;

B. Allowing to Baldi Berg, Ltd. reimbursement of actual expenses incurred in the amount of $11.55;

C. Authorizing Trustee to pay the amounts to Baldi Berg, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

D. For such other and further relief as this Court deems appropriate.

Dated: June 12, 2014

Baldi Berg, Ltd.

Attorneys for Joseph A. Baldi, as trustee of the estate of Erickson Cabrera, Debtor

By:  /s/ Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL  60602
312.726.8150

5

**Baldi Berg, Ltd.**  **Erickson Cabrera, Debtor**
**Final Fee Application**  **Case No. 12-25501**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 12-25501 |
|---|---|---|
| Erickson Cabrera, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Approve Settlement (East Bank Center, LLC)**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and Julia D. Loper of the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Erickson Cabrera, debtor, is authorized to employ Joseph A. Baldi, Julia D. Loper of the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 23, 2013

**Prepared by:**

Joseph A. Baldi
Julia D. Loper
Baldi Berg & Wallace, Ltd.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60611
(312) 726-8150

**Baldi Berg, Ltd.**  
**Final Fee Application**

**Erickson Cabrera, Debtor**  
**Case No. 12-25501**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg, Ltd.**

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009 (formerly Baldi Berg & Wallace, Ltd). Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  
**Final Fee Application**

**Erickson Cabrera, Debtor**  
**Case No. 12-25501**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

June 12, 2014
Invoice No:   02465

Joseph A Baldi, Trustee
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Cabrera, Erickson - General Administration*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/14/2013 | JDL | Review settlement agreement (.3) Review schedules (.2) TC to M. Sheahin re: Motion to settle (.2) Cf w/ JAB re: settlement, exemptions (.2) TC to attorney for debtor re: exemptions, status of settlement (.1) Draft Motion to Employ Attorneys (.8) | 1.80 $235.00/ hr | $423.00 |
| 1/15/2013 | JDL | Email to debtor's bankruptcy attorney re: exemptions (.4) Prepare motion to settle pursuant to 9019 (1.2) | 1.60 $235.00/ hr | $376.00 |
| 1/16/2013 | JDL | Finalize motion to settle claims (.1), Email to counsel for plaintiffs w/ draft, info re: hearing (.3), Finalize Motion and Order to Employ Attys (.2) | 0.60 $235.00/ hr | $141.00 |
| 1/17/2013 | JDL | Review amended schedules B and C (.1) Email to attorney for debtor re: further amendment of Sch. C (.1) | 0.20 $235.00/ hr | $47.00 |
| 1/22/2013 | JDL | Respond to email from litigation counsel re: settlement agmt | 0.10 $235.00/ hr | $23.50 |
| 1/23/2013 | JDL | Appear in Court on Motion to Employ Attorneys and Motion to Settle (.2) TC to counsel for plaintiffs re: executing settlement agreement (.1) Prepare settlement | 0.50 $235.00/ hr | $117.50 |

**Baldi Berg, Ltd**                                                                6/12/2014

Cabrera, Erickson - General Administration                              Page    2

|            |      |                                                                                        |                      |          |
|------------|------|----------------------------------------------------------------------------------------|----------------------|----------|
|            |      | documents for trustee's execution (.2)                                                 |                      |          |
| 2/11/2013  | JDL  | Respond to email from litigation counsel re: settlement check.                         | 0.10<br>$250.00/ hr  | $25.00   |
| 4/15/2013  | JDL  | Email to M. Sheahin re: settlement payment check.                                      | 0.10<br>$250.00/ hr  | $25.00   |
| 7/10/2013  | JDL  | Email to M. Sheahin re: payee for settlement checks                                    | 0.10<br>$250.00/ hr  | $25.00   |
| 11/22/2013 | JDL  | TC w/ attorney for debtors re: miscalculated settlement payment                        | 0.20<br>$250.00/ hr  | $50.00   |
| 2/10/2014  | JDL  | Cf w/ JMM re: status of payments (.1), Email to M. Sheahin re: final payment amount (.1) | 0.20<br>$250.00/ hr | $50.00   |
| 5/08/2014  | JDL  | Email to special counsel re: final settlement check and forward response to JMM (.2)   | 0.20<br>$250.00/ hr  | $50.00   |
| 6/04/2014  | JMM  | Prepare BB Fee Application (1.2), coversheet, proposed order, and affidavit (.3), Review and edit same (.2) | 1.70<br>$175.00/ hr | $297.50 |
|            |      |                                                                            Total Fees |                      | $1,650.50 |

**Expenses**

| Start Date | Description                                                        | Quantity         | Charges |
|------------|--------------------------------------------------------------------|------------------|---------|
| 1/16/2013  | Motion to Settle sent to 11 parties ($0.65 x 11) =                 | 1.00 @<br>/each  | $7.15   |
| 1/16/2013  | Motion to Settle + Order (4 pgs x 11) = 44 pages x $.10 =          | 1.00 @<br>/each  | $4.40   |
|            |                                                   Total Expenses  |                  | $11.55  |
|            |                                                Total New Charges  |                  | $1,662.05 |

**Baldi Berg, Ltd**                                                                  6/12/2014

Cabrera, Erickson - General Administration                                           Page    3

|                              | Previous Balance |    $0.00   |
|------------------------------|------------------|------------|
|                              | Balance Due      | $1,662.05  |

### Timekeeper Summary

| Name           | Hours | Rate     |
|----------------|-------|----------|
| Julia D Loper  | 4.80  | $235.00  |
| Julia D Loper  | 0.90  | $250.00  |
| Jason M Manola | 1.70  | $175.00  |

**Baldi Berg, Ltd.**  
**Final Fee Application**

**Erickson Cabrera, Debtor**  
**Case No. 12-25501**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Erickson Cabrera, | ) | Case No. 13-21090 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

### Rule 2016 Affidavit

State of Illinois    )
County of Cook    )

      I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

      1.    I am the principal of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

      2.    I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

      3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

      4.    Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

      5.    Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 25th day of June, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**