UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
CABRERA, ERICKSON § Case No. 12-25501
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____   By:/s/Joseph A. Baldi_____
                                                                              Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security P O Box 672279 Dallas, TX 75267 | | | | | |
| | Citimortgage P O Box 6243 Sioux Falls, SD 57117 | | | | | |
| | Com Ed P O Box 6111 Carol Stream, IL 60197 | | | | | |
| | DSNB Macy's 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Groot P O Box 92107 Elk Grove Village, IL 60009 | | | | | |
| | T Mobile P O Box 742596 Cincinnati, OH 45274 | | | | | |
| | WFHE P O Box 31557 Billings, MT 59107 | | | | | |
| 000001 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - ERICKSON CABRERA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 12-25501 JSB Judge: Janet S. Baer | | Trustee Name: | Joseph A. Baldi |
| Case Name: | CABRERA, ERICKSON | | Date Filed (f) or Converted (c): | 06/26/12 (f) |
| | | | 341(a) Meeting Date: | 08/23/12 |
| For Period Ending: | 10/31/14   (5th reporting period for this case) | | Claims Bar Date: | 04/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture, TV, Computer | 500.00 | 0.00 | | 0.00 | FA |
| 2. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. WRL insurance $2,089.88 | 0.00 | 0.00 | | 0.00 | FA |
| 4. 401 K | 10,994.51 | 0.00 | | 0.00 | FA |
| 5. East Bank Center Rehab - Rockford 2.36% Payments made in installments; final payment due July 2014 | 5,000.00 | 9,440.00 | | 9,440.00 | FA |
| 6. 2004 BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $22,794.51 | $9,440.00 | | $9,440.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in East Bank Center LLC for $9,440; payments were made in installments; final payment received 5/31/14; Trustee reviewed claims; TFR filed; final hearing scheduled 8/19/14

Initial Projected Date of Final Report (TFR): 10/31/14   Current Projected Date of Final Report (TFR): 10/31/14

/s/   Joseph A. Baldi

**FORM 1 - ERICKSON CABRERA**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-25501　　JSB　　Judge: Janet S. Baer | Trustee Name:　　Joseph A. Baldi |
| Case Name: | CABRERA, ERICKSON | Date Filed (f) or Converted (c):　　06/26/12 (f) |
| | | 341(a) Meeting Date:　　08/23/12 |
| | | Claims Bar Date:　　04/18/13 |

_____ Date: 10/31/14
　JOSEPH A. BALDI

FORM 2 ERICKSON CABRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-25501 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6792 Checking Account |
| Taxpayer ID No: | *******4310 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,918.00 | | 8,918.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,908.00 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 7.14 | 8,900.86 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.24 | 8,887.62 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,875.68 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.20 | 8,862.48 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.75 | 8,849.73 |
| 05/30/14 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 422.00 | | 9,271.73 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.20 | 9,258.53 |
| 08/19/14 | 003002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,694.00 | 7,564.53 |
| | | | Page Subtotals | | 9,340.00 | 1,775.47 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.03a

FORM 2 - ERICKSON CABRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-25501 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6792  Checking Account |
| Taxpayer ID No: | *******4310 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/14 | 003003 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,650.50 | 5,914.03 |
| 08/19/14 | 003004 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 11.55 | 5,902.48 |
| 08/19/14 | 003005 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000001, Payment 24.34965%<br>(1-1) CREDIT CARD DEBT | 7100-000 | | 5,902.48 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,340.00 | 9,340.00 | 0.00 |
| Less:  Bank Transfers/CD's | 8,918.00 | 0.00 |
| Subtotal | 422.00 | 9,340.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 422.00 | 9,340.00 |

Page Subtotals    0.00    7,564.53

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - ERICKSON CABRERA

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-25501 -JSB | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | CABRERA, ERICKSON | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 5,900.00 | | 5,900.00 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 5,910.00 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 5,900.00 |
| 04/10/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 590.00 | | 6,490.00 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 6,480.00 |
| 04/22/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.00 | 6,470.00 |
| | | | Page Subtotals | | 6,490.00 | 20.00 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 - ERICKSON CABRERA

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 10/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | | | | | |
| 05/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 6,460.00 |
| 06/09/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 10.00 | 6,450.00 |
| 07/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 6,440.00 |
| 07/12/13 | 5 | LAVELLE LAW, LTD 501 W. Colfax Street Palatine, IL 60067 | SETTLEMENT | 1129-000 | 590.00 | | 7,030.00 |
| 08/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,020.00 |
| 09/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,010.00 |

Page Subtotals    590.00    50.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - ERICKSON CABRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-25501 -JSB | | Trustee Name: | Joseph A. Baldi |
| Case Name: | CABRERA, ERICKSON | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0056 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,000.00 |
| 10/21/13 | 5 | LAVELLE LAW, LTD<br>501 W. Colfax Street<br>Palatine, IL 60067 | SETTLEMENT | 1129-000 | 1,938.00 | | 8,938.00 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 8,928.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 8,918.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,918.00 | 0.00 |

|  | COLUMN TOTALS | 9,018.00 | 9,018.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 8,918.00 | |
|  | Subtotal | 9,018.00 | 100.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 9,018.00 | 100.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6792 | 422.00 | 9,340.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0056 | 9,018.00 | 100.00 | 0.00 |
| | 9,440.00 | 9,440.00 | 0.00 |
| Page Subtotals | 1,938.00 | 8,948.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2 - ERICKSON CABRERA**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-25501 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CABRERA, ERICKSON | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0056  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4310 | | |
| For Period Ending: | 10/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*